IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No.  11-cv-02565-WJM-BNB

SIGNE MARTIN,

Plaintiff,

v.

CANON BUSINESS SOLUTIONS, INC.,

Defendant.
_____

**ORDER**
_____

This matter arises on the plaintiff's **Notice of Motion for an Order Compelling Answers to Interrogatories and Requests for Production, To Extend Discovery Deadlines, and for Sanctions** [Doc. # 24, filed 4/25/2012] (the "Motion").

IT IS ORDERED that the Motion is GRANTED IN PART and DENIED IN PART as follows:

• GRANTED to require the defendant to produce the following materials on or before May 25, 2012: (i) emails; (ii) policies; (iii) unredacted materials concerning comparators;

• GRANTED to modify the case schedule as follows:

    Discovery Cut-Off:		August 20, 2012

    (All discovery must be completed by the discovery cut-off.  All written discovery must be served so that responses are due on or before the discovery cut-off.)

    Dispositive Motions Deadline:		September 20, 2012

Expert Disclosures:

(a) The parties shall designate all experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before June 20, 2012

(b) The parties shall designate all rebuttal experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before July 20, 2012

Final Pretrial Conference: The final pretrial conference set for August 16, 2012, at 9:00 a.m., is VACATED and RESET to **November 1, 2012, at 8:30 a.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.  A Final Pretrial Order shall be prepared by the parties and submitted to the court no later than October 25, 2012; and

•DENIED in all other respects.

Dated May 18, 2012.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge