IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE BOYD N. BOLAND**

| Civil Action: | 11-cv-02565-WJM-BNB | Date: October 11, 2012 |
|---|---|---|
| Courtroom Deputy: | Julie Dynes | FTR: BNB COURTROOM A-401 |

| *Parties* | *Attorney(s)* |
|---|---|
| SINGE MARTIN | *Skye K. Myers* |
| **Plaintiff(s)** | |
| v. | |
| CANON BUSINESS SOUTIONS, INC | *Jeannette M. Brook* |
| | *Natalia S. Ballinger* |
| **Defendant(s)** | |

## COURTROOM MINUTES

**MOTIONS HEARING**

Court in Session: 3:27 p.m.

Appearances of counsel.

Argument presented on [32] Motion to Enforce Compliance Discovery Order and For Sanctions.

**ORDERED:** **Motion is GRANTED IN PART and DENIED IN PART.**

**DENIED in respect to compel additional discovery as to attached exhibit 36.**

**GRANTED in respect to disclose information as to account representatives. These disclosures are due on or before October 18, 2012.**

**Request for sanctions is DENIED.**

**Response to Summary Judgment is due on or before December 3, 2012.**

**Pretrial conference currently set for November 1, 2012 is VACATED and reset to February 5, 2013 at 8:30 a.m., proposed Pretrial Order to be submitted on or before January 29, 2013.**

Court in Recess: 4:22 p.m.     Hearing concluded.     Total time in Court: 00:55

\* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119