IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 11-cv-02565-WJM-BNB

SIGNE MARTIN,

Plaintiff,

v.

CANON BUSINESS SOLUTIONS, INC.,

Defendant.

_____

## ORDER
_____

This matter arises on the plaintiff's **Notice of Motion to Enforce Compliance Discovery Order and for Sanctions** [Doc. # 32, filed 9/12/2012] (the "Motion"). I held a hearing on the Motion on October 11, 2012, and made rulings on the record, which are incorporated here.

IT IS ORDERED:

(1) The Motion [Doc. # 32] is GRANTED IN PART and DENIED IN PART as stated on the record;

(2) The defendant shall make supplemental discovery responses consistent with this Order on or before **October 18, 2012**; and

(3) The case schedule is modified to the following extent:

(a) The plaintiff shall respond to Canon Business Solutions, Inc.'s Motion for Summary Judgment [Doc. # 39] on or before **December 3, 2012**; and

(b) Final Pretrial Conference: The final pretrial conference set for November 1,

2012, is VACATED and RESET to **February 5, 2013, at 8:30 a.m.**  A Final Pretrial Order shall be prepared by the parties and submitted to the court no later than **January 29, 2013**.

Dated October 15, 2012.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge