IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02565-WJM-BNB

SIGNE MARTIN,

Plaintiff,

v.

CANON BUSINESS SOLUTIONS, INC.,

Defendant.

_____

### MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Plaintiff's Motion to Stay All Deadlines and Vacate All Hearings Pending the Court's Decision on Defendant's Motion for Summary Judgment** [docket no. 60, filed February 15, 2013] (the "Motion").

IT IS ORDERED that the Motion is DENIED. The Pretrial Conference will remain set as previously scheduled for **March 12, 2013, at 9:00 a.m.**, with the proposed Pretrial Order due **March 5, 2013**.

DATED: February 19, 2013