IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02565-WJM-BNB

SIGNE MARTIN,

Plaintiff,

v.

CANON BUSINESS SOLUTIONS, INC.,

Defendant.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

     IT IS ORDERED that the **Joint Motion to Vacate Status Conference** [Doc. # 85, filed 9/27/2013] is DENIED as moot, the status conference having occurred as scheduled.

DATED:  September 30, 2013